UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JORDAN, | ) | 1: 05-CV-00002-AWI-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER VACATING HEARING** ON |
| v. | ) | PLAINTIFF'S MOTION FOR LEAVE TO |
| | ) | CONDUCT DISCOVERY (DOC. 10) **SET** |
| SUNRISE MEDICAL, INC., et al., | ) | **FOR MAY 20, 2005** AND DEEMING |
| | ) | MATTER SUBMITTED FOR DECISION |
| Defendants. | ) | |
| | ) | |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

The Court has received Plaintiff's motion for leave to conduct discovery, filed on April 29, 2005, the Defendant's opposition filed on May 6, 2005, and the joint statement regarding discovery dispute filed on May 17, 2005. The parties have agreed that the motion should be determined on the relevant written submissions and without oral argument.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the Plaintiffs' motion for leave to conduct discovery is a matter that may appropriately be

1

1 submitted upon the record and briefs. Accordingly, the hearing on
2 the motion, presently set for May 20, 2005, IS VACATED, and the
3 motion is deemed to be submitted to the Court for decision.

IT IS SO ORDERED.

**Dated:   May 17, 2005**                       /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE