RONALD K. ALBERTS, ESQ. (SBN 100017)
AMBER M. MCGOVERN, ESQ. (SBN 230551)
BERGER KAHN
A Law Corporation
Mail Service:
  Post Office Box 92621
  Los Angeles, CA  90009-9998
Location:
  4215 Glencoe Avenue, 2nd Floor
  Marina del Rey, CA  90292-5634
Tel:  (310) 821-9000  ●  Fax: (310) 578-6178

Attorneys for SUNRISE MEDICAL, INC.
LONG TERM DISABILITY PLAN;
AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JORDAN,<br><br>             Plaintiff,<br><br>vs.<br><br>SUNRISE MEDICAL, INC. LONG TERM DISABILITY PLAN; AETNA LIFE INSURANCE COMPANY,<br><br>             Defendants. | CASE NO. 1:05-CV-00002-AWI-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND PROPOSED TRIAL DATE** |

The parties, through their respective counsel, hereby submit the following Stipulation and Proposed Order to the Court:

Whereas, this is an action for long term disability benefits under ERISA and pursuant to the Court's Scheduling Conference Order, the parties' Opening Trial Briefs were to be filed by July 12, 2005, the parties' Responsive Trial Briefs were to be filed by July 26, 2005, and the proposed trial date is scheduled for August 17, 2005, at 9:00 a.m., in Courtroom 3.

    Whereas, the parties are attempting to negotiate a settlement of this action, which the parties anticipate attending a settlement conference prior to submission of the parties' trial briefs, and;

    Whereas, Defendants are working to gather all responsive documents in response to Plaintiff's discovery requests, and Plaintiff anticipates said discovery responses will be applicable for Plaintiff's Opening Trial Brief, and;

    Whereas, the parties request that the briefing schedule be modified to accommodate further negotiations and a possible resolution of this action, such that the parties' Opening Trial Briefs will be due on August 31, 2005, and the parties' Responsive Trial Briefs will be due on September 14, 2005.  Utilizing said briefing schedule, the parties request that the proposed trial date be rescheduled to **October 4, 2005, at 9:00 a.m.**

    Now therefore, the parties stipulate and agree, subject to the Court's approval, that the parties' Opening Trial Briefs may be due on August 31, 2005, and the parties' Responsive Trial Briefs may be due on September 14, 2005.  The parties request that the Court set the proposed trial date for October 5, 2005, at 9:00 a.m.

    DATED: July 11 , 2005

                                        By: /S/ Richard Johnston
                                                  RICHARD JOHNSTON
                                        Attorney for Michael Jordon

DATED: July 11, 2005                    BERGER KAHN
                                                 A Law Corporation

                                        By: _/s/ Ronald K. Alberts
                                                 RONALD K. ALBERTS
                                                 AMBER M. MCGOVERN
                                        Attorneys for SUNRISE MEDICAL,

INC. LONG TERM DISABILITY PLAN; AETNA LIFE INSURANCE COMPANY

## ORDER

Having considered the parties' above stipulation, and good cause appearing therefore, it is hereby ordered that the parties' Opening Trial Briefs are due on August 31, 2005, and the parties' Responsive Trial Briefs are due on September 14, 2005.  The proposed trial date is hereby re-calendared for October 4, 2005, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   July 25, 2005**                              /s/ Anthony W. Ishii

0m8i78                                                                UNITED STATES DISTRICT JUDGE

3